The People of the State of Illinois, defendant in error, v. Robert Reed, plaintiff in error. Gen. No. 35,059.

Opinion filed January 20, 1932.

Cohen & Berke, for plaintiff in error; Benjamin E. Cohen and Mayer Goldberg, of counsel. John A. Swanson, State's Attorney,

for defendant in error; Otho S. Fasig, Henry T. Chace, Jr. and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Friend delivered the opinion of the court.